FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 APR -9  PM 5: 40

CLERK_____
_____OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Indictment No. CR609-S0.025 |
| | ) | |
| v. | ) | VIO: 29 U.S.C. § 501(c) |
| | ) | Embezzlement and Theft of Labor Union |
| DIANNE DRAWDY | ) | Assets |
| AKA DIANNE LOCKWOOD | ) | |

THE GRAND JURY CHARGES THAT:

<u>COUNTS ONE - SIXTEEN</u>
**(29 U.S.C. § 501(c) - Embezzlement and Theft of Labor Union Assets)**

**A.    INTRODUCTION**

At all times material to this indictment:

1. The International Union, Security, Police and Fire Professionals of America ("SPFPA") was an international labor organization engaged in an industry affecting commerce, to wit: the representation of security police professionals.

2. SPFPA Local 576 represented members employed as security guards at Southern Nuclear Power at Plant Hatch in Baxley, Georgia.

3. Defendant, **DIANNE DRAWDY AKA DIANNE LOCKWOOD**, served as the financial secretary of SPFPA Local 576. As part of her responsibilities, **DIANNE DRAWDY** collected dues, paid bills, maintained the checkbook, and kept records of receipts and disbursements.

4. Local 576 officially decertified from SPFPA on or about August 16, 2004. Upon decertification, all funds, property and assets of Local 576, along with all records, were required under the SPFPA Constitution and By-Laws to be returned to the SPFPA.

5. After the decertification, Defendant, **DIANNE DRAWDY AKA DIANNE**

LOCKWOOD, did not return the moneys held in SPFPA Local 576's bank account at Darby Bank and Trust Co. (Account Number 118478) to the SPFPA. Instead, sixteen (16) checks bearing the signature of Defendant, **DIANNE DRAWDY AKA DIANNE LOCKWOOD,** were written from SPFPA Local 576's bank account to "Cash" from December of 2004 to March of 2005. During the same time period, Defendant, **DIANNE DRAWDY AKA DIANNE LOCKWOOD**, made cash deposits in her personal bank account in amounts similar to the checks written to "Cash" from SPFPA Local 576's bank account. In total, Defendant, **DIANNE DRAWDY AKA DIANNE LOCKWOOD,** embezzled $17,900.00 from the SPFPA.

**B.   EMBEZZLEMENT, THEFT AND CONVERSION**

6. From on or about the dates listed below in Toombs County, within the Southern District of Georgia, and elsewhere, Defendant **DIANNE DRAWDY AKA DIANNE LOCKWOOD**, while an officer, that is, financial secretary, of SPFPA Local 576, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use and the use of another the following moneys and funds of SPFPA Local 576:

| COUNT | ACCOUNT HOLDER | CHECK NUMBER | DATE CASHED | AMOUNT |
|---|---|---|---|---|
| 1 | SPFPA | 690 | 12/8/04 | $1,500.00 |
| 2 | SPFPA | 691 | 12/13/04 | $1,000.00 |
| 3 | SPFPA | 692 | 12/16/04 | $1,000.00 |
| 4 | SPFPA | 693 | 12/20/04 | $1,000.00 |
| 5 | SPFPA | 694 | 12/27/04 | $1,000.00 |
| 6 | SPFPA | 695 | 12/29/04 | $1,900.00 |
| 7 | SPFPA | 696 | 1/6/05 | $500.00 |

| COUNT | ACCOUNT HOLDER | CHECK NUMBER | DATE CASHED | AMOUNT |
|---|---|---|---|---|
| 8 | SPFPA | 697 | 1/12/05 | $500.00 |
| 9 | SPFPA | 698 | 1/19/05 | $1,000.00 |
| 10 | SPFPA | 699 | 1/31/05 | $1,500.00 |
| 11 | SPFPA | 701 | 2/7/05 | $1,500.00 |
| 12 | SPFPA | 702 | 2/22/05 | $1,000.00 |
| 13 | SPFPA | 703 | 2/11/05 | $1,000.00 |
| 14 | SPFPA | 704 | 3/3/05 | $1,000.00 |
| 15 | SPFPA | 705 | 3/16/05 | $1,000.00 |
| 16 | SPFPA | 706 | 3/30/05 | $1,500.00 |

All done in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

FOREPERSON

Edmund A. Booth, Jr.
United States Attorney

Frederick W. Kramer, III
Assistant United States Attorney

James D. Durham
Assistant United States Attorney
Chief, Criminal Division

Jessica L. McClellan *
Assistant United States Attorney
(* denotes Lead Attorney)